IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11-cr-04012-FJG-1 |
| ) | |
| ALLEN JOHN FOOS, ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. #46 filed on January 25, 2012) of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Count Twelve of the Indictment which was filed on April 4, 2011, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

   /s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: February 14, 2012
Kansas City, Missouri